WESLEY L. WHEELER and Others, Copartners, Doing Business under the Firm Name and Style of WHEELER SHIPYARD, Respondents, v. VIMALERT COMPANY, LTD., Appellant, and GEORGE CONRAD, Defendant.— Order enjoining defendant Vimalert Company, Ltd., from prosecuting libel actions brought in the United States District Court and from instituting any further or other suits, and order on reargument, in so far as it denies said defendant's motion to vacate the injunction, modified so as to provide that said defendant be enjoined only from commencing any further or other actions in connection with said defendant's claim or claims against the plaintiffs arising out of the contract of purchase by plaintiffs of motors; and as so modified the orders are affirmed, without costs. The court was without power to enjoin the prosecution of libel suits already brought in the United States District Court. (*Riggs* v. *Johnson County*, 6 Wall. [73 U. S.] 166, 194–196; *Moran* v. *Sturges*, 154 U. S. 256, 258; *Central National Bank* v. *Stevens*, 169 id. 432, 464; *Beardslee* v. *Ingraham*, 183 N. Y. 411, 417.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

## THIRD DEPARTMENT, JANUARY, 1932.

In the Matter of the Claim of ELLA ROWITZ and Another, Respondents, against MONROE UNION OIL COMPANY, INC., and GUARDIAN CASUALTY COMPANY, Respondents, LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the respondent Guardian Casualty Company against the appellant London Guarantee & Accident Company, Ltd. Motion for leave to appeal to the Court of Appeals denied.